UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CANDIA, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0938 GEB KJN P<br><br><br>ORDER |

  By an order filed May 25, 2016, plaintiff was granted ninety days in which to submit an application to proceed in forma pauperis or the required filing fees of $400.00, or, in the alternative, to request voluntary dismissal of this action. (ECF No. 6 at 4.) On June 16, 2016, plaintiff filed a response to the order, stating that he sent the in forma pauperis form to the inmate trust account office, but had not yet heard from them. (ECF No. 11.) On July 19, 2016, plaintiff filed a declaration and provided copies of his requests for the certified financial information, which he claims he still has not received.

  On August 1, 2016, the court implemented a new procedure for the provision of prison trust account statements directly from the prison which requires prisoners to sign the court's revised application to proceed in forma pauperis. Thus, plaintiff should complete and return the enclosed application to proceed in forma pauperis, and the California Department of Corrections and Rehabilitation ("CDCR") will provide the necessary certified financial information. In other

1  words, plaintiff does not have to obtain the certified financial information because the CDCR will
2  now provide the information directly to the court.  However, plaintiff is cautioned that his failure
3  to comply with the May 25, 2016 order will result in a recommendation that this action be
4  dismissed.

5       Accordingly, IT IS HEREBY ORDERED that:
6       1.  The Clerk of the court shall serve plaintiff with the new application to proceed in
7  forma pauperis by a prisoner; and
8       2.  Plaintiff must respond to the court's May 25, 2016 order on or before August 25,
9  2016; if plaintiff chooses to submit a request to proceed in forma pauperis, he must sign and
10 return the revised form.
11 Dated:  August 2, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/herr0938.inf2