UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO HERRERA, | No. 2:16-cv-0938 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| CANDIA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel.  On August 4, 2014, plaintiff signed his request for another extension of time to comply with the court's May 9, 2016 order. However, on August 2, 2016, plaintiff was informed as to the court's new procedure for obtaining the required financial information from the prison, and advised that he must sign and return the revised application to proceed in forma pauperis on or before August 25, 2016, if he wishes to proceed in forma pauperis.  Thus, plaintiff did not have benefit of the court's August 2 order when he submitted his request for additional time.

Nevertheless, because plaintiff claims he will require additional eye surgery this month, the undersigned will grant him one final extension of time in which to submit the revised application to proceed in forma pauperis.  Plaintiff is cautioned that failure to comply with this deadline will result in a recommendation that this action be dismissed.

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time (ECF No. 20) is partially granted;

2. On or before September 30, 2016, plaintiff shall submit an application to proceed in forma pauperis, and no further extensions of time will be granted; and

3. The Clerk of the court shall serve plaintiff with the new application to proceed in forma pauperis by a prisoner.

Dated: August 17, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/herr0938.36sec